UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES OF AMERICA,

                Plaintiff

v.                                   No. 16-03977

BRENDA M. JENKINS,

                Defendant

**FILED**
NOV 1 5 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## DEFAULT JUDGMENT

AND NOW, this _14th_ day of _November_, 2016, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday, July 22, 2016 and, after due service of process on Defendant, BRENDA M. JENKINS, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, BRENDA M. JENKINS, in the amount of $6,569.15. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 11/14/16

ENTERED
NOV 1 5 2016
CLERK OF COURT

By: _____
Clerk, United States District Court
Eastern District of Pennsylvania
Deputy Clerk